3
SHERYL A. STRAIN
CHAPTER 7 TRUSTEE
575 E. ALLUVIAL AVE., #101
FRESNO, CA  93720
PHONE:  (559) 435-2100
FAX:      (559) 435-5656

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| In the Matter of:<br><br>MANUEL TORRES GARCIA and<br><br>MARGARET G. TORRES<br><br><br>Debtors.<br>_____ | Case No.: 11-14549-B-7<br><br>DC No.: SAS-2<br><br>**MOTION FOR AUTHORIZATION TO SELL REAL PROPERTY**<br><br>Date:     May 7, 2013<br>Time:    10:00 a.m.<br>Dept:    B,  Courtroom 12,  Fresno<br>Honorable W. Richard Lee |

**TO THE HONORABLE W. RICHARD LEE UNITED STATES BANKRUPTCY JUDGE:**

Sheryl A. Strain respectfully represents:

1. She is the duly appointed, qualified and acting Trustee ("Trustee") of the above-referenced bankruptcy estate.

2. Manuel Torres Garcia and Margaret G. Torres ("Debtors") filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code on April 19, 2011; an order for relief was entered.

3. Among the assets of the estate is a free and clear vacant lot in Biola, California commonly known as APN 016-263-21("Biola Lot") and a free and clear vacant lot in Kerman, California commonly known as APN 023-071-11S ("Kerman Lot"). Trustee determined the current estimated value of the Biola Lot to be $4,000.00 and the value for the Kerman Lot to be $23,000.00 based on information from a realtor that she regularly uses for valuations and sales of real property. The debtors claimed a $16,962.00 exemption in the Kerman Lot under C.C.P. 703.140(b)(5).

4. The Trustee has negotiated a sale price to the Debtors of $2,300.00 for the Biola Lot. The Trustee has received Two Thousand Three Hundred and 00/100 Dollars ($2,300.00) and those funds are deposited to an estate account.

5. In determining a sale value for the Biola Lot, Trustee took into consideration the estimated costs of sales at 5% of the sales price with a minimum real estate commission of $1,500.00 if a realtor was employed to sell the property and other increased administrative expenses if the Lot were sold to a third party.

6. The Trustee has negotiated a net sale price of $20,470.00 for the non exempt equity in the Kerman Lot to the Debtors ($3,508.00 cash plus $16,962.00 Debtors' exemption). The Trustee has received Three Thousand Five Hundred Eight and 00/100 Dollars ($3,508.00) and those funds are deposited to an estate account.

7. In determining a sale value offer for the Kerman Lot, Trustee took into consideration the Debtors exemption of $16,962.00, costs of sales and commission if a realtor was employed to sell the Lot and other increased administrative expenses if the Lot were sold to a third party.

8. With the uncertainty of current real estate market conditions as related to vacant, unimproved lots, the delay and increased costs of marketing and selling these real properties, Trustee believes that this is a fair price for the Kerman Lot and for the Biola Lot. These are the last assets to be liquidated in this bankruptcy estate.

9. Trustee has determined that there will be no adverse tax consequences to the estate as a result of either of the sales.

10. Trustee believes that sale of the above-described property on the terms set forth above is in the best interest of the creditors of this estate and all parties in interest.

**WHEREFORE,** Trustee prays that after appropriate notice and opportunity to be heard, she be authorized to sell the bankruptcy estate's interest in the above-described assets to the Debtors, Manuel Torres Garcia and Margaret Torres, for the total sum of $5,808.00.

Dated:  04/08/13                              /s/ Sheryl A. Strain
                                                      Sheryl A. Strain
                                                      Chapter 7 Trustee

-3-

MOTION FOR AUTHORIZATION TO SELL REAL PROPERTY